B6F (Official Form 6F) (12/07)

In re **Jennifer N. Howard**　　　　　　　　　　　　　　　　Case No. **0**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx<br>Admore Finance<br>1780 New Florissant Rd.<br>Saint Charles, MO 63303 | | - | DATE INCURRED: 2010<br>CONSIDERATION: Collection<br>REMARKS: | | | | $0.00 |
| ACCT #: xxx-xxx-x20-14<br>American Family Insurance<br>American Family insurance Group<br>6000 American Parkway<br>Madison, WI 53777-0001 | | - | DATE INCURRED: 2008<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $278.70 |
| ACCT #: xxxx<br>AT&T<br>P.O. Box 1811<br>Alpharetta, GA 30023 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Collection<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>Charter Communications<br>P.O. Box 790086<br>Saint Louis, MO 63179 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Cable<br>REMARKS: | | | | $56.00 |
| ACCT #: xxxx<br>Columbia House<br>P.O. Box 91610<br>Indianapolis, IN 46291 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>Dell computer<br>12234 NIH<br>35 SB Bldg. B<br>Austin, TX 78753 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $100.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal > **$484.70**

**5** continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jennifer N. Howard**          Case No. **0**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx<br>Derm care<br>P.O. Box 952409<br>Saint Louis, MO 63195 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>**Credit issued**<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>Dillards<br>P.O.Box 52005<br>Phoenix, AZ 85072 | | - | DATE INCURRED: 2009<br>CONSIDERATION:<br>**Credit issued**<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>E- payday Loan<br>P.O. Box 1022<br>Wixom, MI 48393 | | - | DATE INCURRED: 2009<br>CONSIDERATION:<br>**Credit issued**<br>REMARKS: | | | | $125.00 |
| ACCT #: xxx6125<br>First Source Laboratory<br>P.O. Box 781268<br>Indianapolis, IN 46278 | | - | DATE INCURRED: 2010<br>CONSIDERATION:<br>**medical collection**<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>Gateway orthodontics<br>Joseph M. Dorsey<br>P.O. Box 660436<br>Dallas, TX 75266 | | - | DATE INCURRED: 2009<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | $25.00 |
| ACCT #: xxxx<br>Hobby Lobby<br>P.O. Box 6387<br>Stillwater, OK 74076 | | - | DATE INCURRED: 2009<br>CONSIDERATION:<br>**Credit issued**<br>REMARKS: | | | | $25.00 |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $250.00

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jennifer N. Howard**      Case No. **0**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx<br>**Household Credit Services**<br>P.O. Box 98706<br>Las Vegas, NV 89193 | | - | DATE INCURRED: 2007-2009<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $300.00 |
| ACCT #: xxxx<br>**JC Christensen and Assoc., Inc.**<br>P.O. Box 519<br>Sauk Rapids, MN 56379 | | - | DATE INCURRED: 2010<br>CONSIDERATION: **Collection**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxx<br>**JC Penny**<br>P.O. Box 981402<br>El Paso, TX 79990 | | - | DATE INCURRED: 2008-2009<br>CONSIDERATION: **Credit issued**<br>REMARKS: | | | | $100.00 |
| ACCT #: xxxx<br>**Kramer and Frank**<br>9300 Dielman Ind. Dr. Ste 100<br><br>St. Louis, MO 63132 | | - | DATE INCURRED: 2010<br>CONSIDERATION: **Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxx6083<br>**Lindenwood University**<br>209 S. Kingshighway<br>Saint Charles, MO 63301 | | - | DATE INCURRED: 2006-2010<br>CONSIDERATION: **Credit issued**<br>REMARKS: | | | | $3,545.00 |
| ACCT #: xxx5108<br>**Maryville Univ.**<br>650 Maryville Univ.<br>Saint Louis, MO 63141 | | - | DATE INCURRED: 2008-2010<br>CONSIDERATION: **Credit issued**<br>REMARKS: | | | | $2,510.00 |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$6,455.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jennifer N. Howard**     Case No. **0**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx8920<br>Mid county Orthopaedic Surgery<br>845 N. New Ballas Ct, ste 200<br>Saint Louis, MO 63141 | | - | DATE INCURRED: 2009<br>CONSIDERATION: medical<br>REMARKS: | | | | $300.00 |
| ACCT #: xxxx<br>Missouri College<br>10121 Manchester Rd.<br>Saint Louis, MO 63122 | | - | DATE INCURRED: 2008<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $1,000.00 |
| ACCT #: xxxx<br>Ni Kadem Dental<br>811 hazelwest<br>Hazelwood, MO 63042 | | - | DATE INCURRED: 2009<br>CONSIDERATION: medical<br>REMARKS: | | | | $120.00 |
| ACCT #: xxxx<br>Northwest Healthcare<br>11133 dunn Rd<br>Saint Louis, MO 63136 | | - | DATE INCURRED: 2010<br>CONSIDERATION: medical<br>REMARKS: | | | | $50.00 |
| ACCT #: xxxx<br>Old Navy<br>P.O. Box 29116<br>Mission, KS 66201 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $20.00 |
| ACCT #: xxxx<br>Progressive Finance<br>11629<br>South 700, Ste. 250<br>Draper, UT 84020 | | - | DATE INCURRED: 25<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $2,010.00 |

Sheet no. **3** of **5** continuation sheets attached to     Subtotal >    **$3,500.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jennifer N. Howard**  Case No. **0**
(if known)

*AMENDED*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xx9646<br>Shanon Forster MD<br>180 Weidman Road, Ste. #125<br>Ballwin, MO 63021 | | - | DATE INCURRED: 2010<br>CONSIDERATION: medical<br>REMARKS: | | | | $518.00 |
| ACCT #: xxxx<br>Signature Health Services<br>12639 Old Tesson Road, Dr. #115<br>Saint Louis, MO 63128 | | - | DATE INCURRED: 2009<br>CONSIDERATION: medical<br>REMARKS: | | | | $105.00 |
| ACCT #: xxxxx7770<br>St. Louis Community College<br>300 S. Broadway<br>Saint Louis, MO 63102 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $325.00 |
| ACCT #: xxxxx7770<br>St. Louis Community College -forest park<br>5600 Oakland Avenue<br>Saint Louis, MO 63110 | | - | DATE INCURRED: 2007-2010<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxx<br>Telecheck<br>P.O. Box 17120<br>Denver, CO 80217 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $45.00 |
| ACCT #: xxxx<br>Wal-Mart<br>P.O. Box 981400<br>El Paso, TX 79998 | | - | DATE INCURRED: 2009<br>CONSIDERATION: Credit issued<br>REMARKS: | | | | $50.00 |

Sheet no. **4** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,043.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Jennifer N. Howard**        Case No. **0**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx<br>**Wells Fargo**<br>**P.O. Box 660217**<br>**Dallas, TX 75266** | | - | DATE INCURRED: **2008-2009**<br>CONSIDERATION:<br>**Credit issued**<br>REMARKS: | | | | $140.00 |

Sheet no. __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           **Subtotal >**    $140.00

                           **Total >**    $11,872.70
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)